# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PAMELA RAE BENJAMAN<br><br>v.<br><br>COMMISSIONER, SSA | §<br>§  Civil Action No. 4:22-CV-83<br>§  (Judge Mazzant/Judge Nowak)<br>§<br>§<br>§ |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 10, 2023, the report of the Magistrate Judge (Dkt. #17) was entered containing proposed findings of fact and recommendations that the final decision of the Commissioner of Social Security Administration be remanded.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the decision of the Commissioner is **REMANDED**.

SIGNED this 27th day of January, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE