# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PAMELA RAE BENJAMAN | § |
| | § Civil Action No. 4:22-CV-83 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Pamela Rae Benjaman's Motion for Attorney's Fees Pursuant to Equal Access to Justice Act (Dkt. #20) and the Commissioner's Response (Dkt. #22), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #20) is **GRANTED**, and the Commissioner is directed to pay seven thousand and eight hundred and forty-four dollars ($7,844.000) in attorney's fees, and costs of four hundred and two dollars ($402.00). Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this 22nd day of February, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE